REDACTED

# Criminal Case Cover Sheet

JS 45 (11/2002)

U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | TRANSFER CASE TO NEWPORT NEWS |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | | | | |
|---|---|---|---|---|---|---|
| Defendant Name: LAPONDIA WALLACE | | Alias Name(s): | | | | |
| Address: LEXINGTON, KY 40511 | | | | | | |
| Employment: | | | | | | |
| Birth Date: 1970 | SS#: 0252 | Sex: F | Race: B | Nationality: | | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☒ Already in Federal Custody as of: ____ on: __ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

## U.S. Attorney Information:

| AUSA D. Mack Coleman / SAUSA Alyssa Levey-Weinstein | Telephone No. 757-591-4000 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI – AMY DOUGHERTY

### U.S.C. Citations:

| Set | U.S.C. | Description | Class | Count |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | Felony | Counts 2-4 |
| Set 3 | 18 U.S.C. §§ 1341 and 2 | Mail Fraud | Felony | Count 5 |
| Set 4 | 18 U.S.C. §§ 1014 and 2 | Making a False Statement to the SBA | Felony | Counts 6-8 |
| Set 5 | 18 U.S.C. §§ 1028A and 2 | Aggravated Identity Theft | Felony | Counts 9-10 |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461 | Asset Forfeiture | | |